UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELIQUE DAVID,

       Plaintiff,

                                                         Case No.13-cv-11999
                                                         HON. GERSHWIN A. DRAIN

vs.


COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/


**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (#13), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#8) AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#12)**

     This matter is before the Court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Angelique David's claim for judicial review of Defendant Commissioner of Social Security's denial of her application for disability insurance benefits.  The matter was referred to Magistrate Judge David R.  Grand, who issued a Report and Recommendation on April 28, 2014, recommending that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the decision of the Administrative Law Judge pursuant to sentence four of 42 U.S.C. § 405(g).  Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion.

Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Grand's April 28, 2014 Report and Recommendation [#13] as this Court's findings of fact and conclusions of law. Defendant's Motion for Summary Judgment [#12] is GRANTED. Plaintiff's Motion for Summary Judgment [#8] is DENIED.

    SO ORDERED.

Dated: May 29, 2014

                                        /s/Gershwin A Drain
                                        GERSHWIN A. DRAIN
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 29, 2014, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk